IRWIN LALIN, Respondent, v. DOROTHEA M. DARBY and ROBERT E. PRATT, Appellants.— Motion for leave to appeal to the Court of Appeals denied. The time of appellants to serve their answers is extended until ten days after the entry of the order hereon. Present — Lazansky, P. J., Carswell, Johnston and Taylor, JJ.; Hagarty, J., concurs for extension of appellants' time to answer but dissents from denial of motion for leave to appeal to the Court of Appeals and votes to grant such motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM I. COHEN, Appellant.— Motion referred to the court that rendered the decision. [See 260 App. Div. 1035.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. Motion for reargument granted and upon reargument the judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of conspiracy to obstruct justice and to cheat and defraud, is modified by reducing the term of imprisonment to the period already served; and, as thus modified, the judgment is unanimously affirmed. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LENA FROSCH, Appellant.— Motion referred to the court that rendered the decision. [See 260 App. Div. 1036.] Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. Motion for reargument granted and upon reargument the judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crime of conspiracy to obstruct justice and to cheat and defraud, is modified by reducing the term of imprisonment to the period already served; and, as thus modified, the judgment is unanimously affirmed. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KAPLAN, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Carswell. [See 240 App. Div. 734; Id. 775.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. McMAHON, JR., as Substituted Receiver, etc., of MONTHLY INCOME SHARES, INC., and Others, Respondents, and EUGENE L. GAREY, Intervenor, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

MARY SCHIRMER, Respondent, v. JOHN SCHIRMER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.